```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

                                          CIVIL ACTION
CHARMAINE ANDERSON

VERSUS                                    NO: 12-2282

WAFFLE HOUSE, INC. ET AL.                 SECTION: "J"(4)

### ORDER

Considering Defendant, Waffle House Inc.'s Motion for Leave to Amend Defendant's Motion to Dismiss or Stay Proceedings and Compel Arbitration **(Rec. Doc. 28)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

New Orleans, Louisiana, this 9th day of January, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE